1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  GERALD FRANK STANLEY,              No. 2:20-cv-1509 DB P
12          Plaintiff,
13       v.                            ORDER
14  RONALD BROOMFIELD, et al.,
15          Defendants.
16
17     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42
18  U.S.C. § 1983.
19     The federal venue statute provides that a civil action "may be brought in (1) a judicial
20  district in which any defendant resides, if all defendants are residents of the State in which the
21  district is located, (2) a judicial district in which a substantial part of the events or omissions
22  giving rise to the claim occurred, or a substantial part of property that is the subject of the action
23  is situated, or (3) if there is no district in which an action may otherwise be brought as provided in
24  this action, any judicial district in which any defendant is subject to the court's personal
25  jurisdiction with respect to such action." 28 U.S.C. § 1391(b).
26     In this case, the claim arose in Marin County, which is in the Northern District of
27  California. Therefore, plaintiff's claim should have been filed in the United States District Court
28  for the Northern District of California. In the interest of justice, a federal court may transfer a

1 | complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

Dated:  August 25, 2020

/bh
stan1509.21

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE